

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jamel McLelland Fowler, Appellant

No. 06-16-00038-CR     v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 30456). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

       As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

       We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED JANUARY 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk